

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

**April 29, 2005**

Office of the Clerk
United States District Court
 for the District of Maryland
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD   21201

    Re:    Paula Beals v. The Variable Annuity Life Insurance Co.
             SDIL Case No. 05-196-DRH
             CTO-15, MDL Docket #1586

Dear Clerk of Court:

    Please be advised that a certified copy of Conditional Transfer Order #15 has been received from your district.  Therefore, the above-entitled action is transferred to your district for further proceedings pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

    Enclosed is a certified copy of the docket sheet, as requested by your office.  Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

                       Very truly yours,

                       NORBERT G. JAWORSKI, Clerk

                       By:   s/ Cheryl A. Ritter
                             Deputy Clerk

NGJ/car
Enclosures
cc: Counsel of Record